FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL EASLEY; STEPHANIA SESSION, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> CITY OF RIVERSIDE; SERGIO DIAZ; SILVIO MACIAS; DOES, 1 to 10, inclusive, <br><br> Defendants-Appellees. | No. 16-55941 <br><br> D.C. No. 5:14-cv-00117-TJH-SP Central District of California, Riverside <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Watford and R. Nelson did not participate in the deliberations or vote in this case.